**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUMMA ENGINEERING, INC., )<br>an Oklahoma Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACE AMERICAN INSURANCE COMPANY, )<br>a Pennsylvania Corporation, )<br>)<br>Defendant. ) | Case No. CIV-15-1024-W |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties to the above-captioned action and, pursuant to Fed. R. Civ. P.41(a)(1), stipulate to the dismissal of the action with prejudice, for the reason that the issues before the Court have been resolved by compromise settlement between the parties.

Respectfully submitted,

/s/ Phillip P. Owens II
Phillip P. Owens II, OBA #15165
Owens Law Office, PC
6907 N.W. 122nd Street
Oklahoma City, OK 73142-3903
Telephone:    405-608-0708
Facsimile:     405-608-0709
Email:          po@owenslawofficepc.com
**ATTORNEY FOR PLAINTIFF**

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski, pro hac vice
Bryan P. Vezey, pro hac vice
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, TX 77010
Telephone:     (832) 214-3900
Facsimile:     (832) 214-3905
Email: jziemianski@cozen.com
Email: bvezey@cozen.com

- and -

William S. Leach, OBA #14892
Jessica L. Dickerson, OBA #21500
McAfee & Taft A Professional Corporation
1717 S. Boulder, Suite 900
Tulsa, OK 73102
Telephone: (918) 574-3086
Facsimile: (918) 574-3186
E-mail: bill.leach@mcafeetaft.com
E-mail: jessica.dickerson@mcafeetaft.com
**ATTORNEYS FOR DEFENDANT**